# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-40552
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 12, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Daniel Gamez,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:25-CR-623-1

———————

Before Elrod, *Chief Judge*, and Southwick and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Daniel Gamez was convicted of one count of possession of a firearm after a felony conviction and sentenced to 92 months of imprisonment. He appeals the application of a two-level upward adjustment pursuant to U.S.S.G. § 2K2.1(b)(1)(A) and a four-level upward adjustment pursuant to U.S.S.G. § 2K2.1(b)(6)(B). We review the district court's interpretation and

———

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

application of the Sentencing Guidelines *de novo* and its factual findings for clear error. *United States v. Jeffries*, 587 F.3d 690, 692 (5th Cir. 2009).

Gamez has not shown that the district court clearly erred by applying the adjustments pursuant to § 2K2.1(b)(1)(A) and § 2K2.1(b)(6)(B). *See United States v. Brummett,* 355 F.3d 343, 345 (5th Cir. 2003); *United States v. Choulat*, 75 F.4th 489, 492-93 (5th Cir. 2023). Accordingly, the judgment of the district court is AFFIRMED.